# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-2:23-00332-001-JGZ (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Jhovanny Ortiz-Morales, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation by United States Magistrate Judge Eric J. Markovich recommending that the Court find that Defendant Jhovanny Ortiz-Morales violated the conditions of supervised release by (1) committing a new criminal offense, Attempted Re-Entry of the Removed Alien, in violation of 8 U.S.C. § 1326; and (2) entering the United States without legal authorization on or about July 18, 2023. (Doc. 32.)  The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:
1. Magistrate Judge Markovich's Report and Recommendation (Doc. 61) is ADOPTED;
2. The U.S. Probation Office is directed to prepare a disposition report.

//

3. The Final Disposition Hearing IS SET FOR September 27, 2024 at 11:15 a.m. before this Court.

Dated this 10th day of September, 2024.

_____
Jennifer G. Zipps
United States District Judge